**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: W.T.H., A MINOR | : | No. 313 MAL 2020 |
| | : | |
| | : | |
| PETITION OF: W.T.H., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: W.T.H., A MINOR | : | No. 314 MAL 2020 |
| | : | |
| | : | |
| | : | |
| PETITION OF: W.T.H., A MINOR | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 12th day of November, 2020, the Petition for Allowance of Appeal is **DENIED**.